**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Carlyle Begay, | No. CV-25-01072-PHX-KML |
| Plaintiff, | **ORDER** |
| v. | |
| Equifax Information Services LLC, et al., | |
| Defendants. | |

Attorney Wendy Culbertson filed the complaint initiating this action on behalf of plaintiff Carlyle Begay. The complaint identifies Ms. Culbertson as "Of Counsel to: Credit Repair Lawyers of America," but Ms. Culbertson is the only attorney listed on the complaint and the only attorney who has appeared for plaintiff. (Doc. 1 at 1.) Ms. Culbertson seeks to withdraw, claiming plaintiff "continues to be represented in this action by Credit Repair." (Doc. 27 at 2.) Because no attorney affiliated with Credit Repair has appeared, granting Ms. Culbertson's motion would leave plaintiff unrepresented.

/
/
/
/
/
/
/

Ms. Culbertson's motion is denied. She is free to renew her motion provided she either includes plaintiff's written approval or includes the information required by L.R. Civ. 83.3(b)(2). If Ms. Culbertson believes another attorney from Credit Repair Lawyers of America will represent plaintiff, that attorney must file a notice of appearance.

**IT IS ORDERED** the Motion to Withdraw (Doc. 27) is **DENIED**.

Dated this 26th day of September, 2025.

**Honorable Krissa M. Lanham**
**United States District Judge**

- 2 -