WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Carlyle Begay, | No. CV-25-01072-PHX-KML |
| Plaintiff, | **ORDER** |
| v. | |
| Equifax Information Services LLC, et al., | |
| Defendants. | |

Pursuant to the court's scheduling order, when filing dispositive motions the parties "may not file separate statements of facts . . . and instead must include all facts in the motion." (Doc. 22 at 6.) Defendant Bank of Missouri filed a motion for summary judgment and a separate statement of facts. (Docs. 35, 38.) That motion is denied with leave to refile in compliance with the court's procedures.

**IT IS ORDERED** the Motion for Summary Judgment (Doc. 35) is **DENIED**. Defendant Bank of Missouri has until **January 30, 2026**, to file a motion for summary judgment that complies with the court's procedures.

Dated this 27th day of January, 2026.

Honorable Krissa M. Lanham
United States District Judge